IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| ADELBERT M. BRYAN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN ABRAMSON, JR., SUPERVISOR OF )<br>ELECTIONS, and THE JOINT BOARD OF )<br>ELECTIONS, and GOVERNMENT OF THE )<br>VIRGIN ISLANDS, )<br>Defendants. )<br>_____ ) | CIV. NO.: 10-CV-00079 |

## ORDER

AND NOW, this 31st day of August 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Defendants to dismiss the complaint for lack of subject matter jurisdiction is GRANTED.

BY THE COURT

/s/ Harvey Bartle III
HARVEY BARTLE III
SITTING BY DESIGNATION